THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Hansen Natural Corporation Securities Litigation | Case No. **CV 06-7599-JFW (PLAx)**<br><br>**JUDGMENT** |

WHEREAS the Court granted Defendant Hansen Natural Corporation's ("Hansen") Motion to Dismiss Consolidated Class Action Complaint with prejudice for the reasons set forth in the Court's Order dated October 16, 2007, and

WHEREAS the Court granted Defendants Rodney C. Sacks's, Hilton H. Schlosberg's, Mark J. Hall's, Thomas J. Kelly's, Michael B. Schott's, Norman C. Epstein's, Harold C. Taber's, and Mark S. Vidergauz's (collectively, "Individual Defendants") Motion to Dismiss Consolidated Class Action Complaint with prejudice for the reasons set forth in the Court's Order dated October 16, 2007,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.   Plaintiff Jason E. Peltier ("Plaintiff") shall recover nothing from Defendant Hansen and the Individual Defendants;

2.   Defendant Hansen and the Individual Defendants shall have judgment in their favor on Plaintiff's entire action; and

3.   Defendant Hansen and Individual Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: October 16, 2006

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2